# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN K. SEMPASA,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>    Defendants. | CASE NO: 8:17−cv−00442−JVS−KES<br><br>*Honorable James V. Selna*<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE IN FAVOR OF DEFENDANTS SCHOOLSFIRST FEDERAL CREDIT UNION AND THE LAW OFFICES OF MICHELLE GHIDOTTI AND AGAINST PLAINTIFF EVELYN K. SEMPASA** |

On June 19, 2017, this Court granted Defendants SCHOOLSFIRST FEDERAL CREDIT UNION's and THE LAW OFFICES OF MICHELLE GHIDOTTI's Motion to Dismiss the Complaint of Plaintiff EVELYN K. SEMPASA with prejudice.

Good cause appearing, therefore,

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED:**

/ / /

1. Judgment is entered in favor of Defendants SCHOOLSFIRST FEDERAL CREDIT UNION and THE LAW OFFICES OF MICHELLE GHIDOTTI and against Plaintiff EVELYN K. SEMPASA, who shall recover nothing against these Defendants under the Complaint or in this action; and

2. Costs are awarded to SCHOOLSFIRST FEDERAL CREDIT UNION and THE LAW OFFICES OF MICHELLE GHIDOTTI as the prevailing parties, pursuant to a bill of costs, which Plaintiff may tax by filing a Motion to Tax Costs. Any claim for attorney's fees shall be made by noticed motion before the Court.

**IT IS SO ORDERED**.

DATED: September 01, 2017 _____
Honorable James V. Selna
U.S. District Court Judge